UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 06-60301-CR-DIMITROULEAS

UNITED STATES OF AMERICA

vs

SAMIR HANTASH

## O R D E R ON NEBBIA REQUIREMENT

THIS CAUSE is before the Court Sua Sponte. On November 7th, 2006 the undersigned set bond in the amount of Two Hundred and Fifty-Thousand ($250,000) Dollars Corporate Surety Bond with Nebbia and a Seven-Hundred Fifty-Thousand ($750,000) Dollars Personal Surety Bond cosigned by the deft's wife.

The government has informed the Court that it is satisfied that the money and or property which will be utilized to post this bond was not derived from any illegal source. Based on the Government's representation, the undersigned finds that the Nebbia requirement has been met. ORDERED AND ADJUDGED that the Nebbia requirement has been met and the defendant is allowed to post the bond.

DONE AND ORDERED this 9th day of November, 2006.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: Michael Walleisa, AUSA
    Defense Counsel
    Pretrial Services